IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-02754-MEH

TAVORRIS GARRETT,

        Plaintiff,

vs.

FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,

        Defendants.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 23, issued on August 23, 2021] of Magistrate Judge Michael E. Hegarty granting the Defendants' [ECF 18, filed May 28, 2021] which order is incorporated by reference, it is

ORDERED that judgment shall enter IN FAVOR of the Defendant Financial Business and Consumer Solutions, Inc., and AGAINST the Plaintiff, Tavorris Garrett, on all claims for relief and causes of action asserted in this case.

Dated at Denver, Colorado, this 23rd day of August 2021.

        FOR THE COURT:
        Jeffrey P. Colwell, Clerk

        By *s/ C. Thompson*
           C. Thompson
           Deputy Clerk